UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-21992-CIV-HUCK/WHITE

SYDNEY JOHNEKINS,
    Petitioner,
vs.

STATE OF FLORIDA,
    Respondent.
_____/

### ORDER REGARDING PETITIONER'S OBJECTION TO REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

This cause comes before the Court on the Objection to Report and Recommendation of the Honorable Patrick A. White filed by *pro se* Petitioner Sydney Johnekins on January 10, 2007. The Court affirmed and adopted Magistrate Judge White's Report and Recommendation in an Order dated December 29, 2006. Accordingly, the Court deems Petitioner's subsequently filed Objection as a motion for reconsideration.

Petitioner's Objection to the Report and Recommendation does not set forth any argument or information that was not included in his original Petition for Writ of Habeas Corpus. The Court independently reviewed the Petition and the record of this case and agreed with Judge White's conclusion that Petitioner had failed to rebut the presumptive correctness of the State court's determination on the factual question of whether Petitioner's counsel at the trial level failed to communicate to him a plea offer made by the prosecutor in the case. The State court found that Petitioner *was*, in fact, conveyed the plea offer in question and that Petitioner refused the same. Petitioner has not presented clear and convincing evidence disproving the State court's finding. *See* 28 U.S.C. §2254(e)(1)(providing that determinations of factual matters by a State court are to be presumed correct and that a petitioner has the burden of rebutting the presumption by clear and convincing evidence). Accordingly, it is

ORDERED AND ADJUDGED that Petitioner's motion for reconsideration (filed as an Objection to the Report and Recommendation) is DENIED and this case shall remain CLOSED.

DONE in Chambers, Miami, Florida, this 12th day of January, 2007.

                                                                 Paul C. Huck
                                                                  United States District Judge

**Copies furnished to:**
Magistrate Judge White
Sydney Johnekins, *pro se*
Counsel of Record